THIS ORDER IS APPROVED.

Dated: July 23, 2019

Scott H. Gan, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS, | Case No. 4:19-bk-00735-SHG |
| Debtor. | Adversary No. 19-ap-00165 |
| CATHERINE GREEN, NATHAN COOK, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS, | |
| Defendants. | |

The parties having requested a settlement conference before the Honorable Paul Sala and have agreed to the date of Thursday, September 26, 2019 at the United States Bankruptcy Courthouse, 38 S. Scott Avenue, Tucson, AZ, 85701. Judge Sala will contact the parties to set up the time, courtroom and procedure regarding settlement conference.

**IT IS SO ORDERED.**

**DATED AND SIGNED ABOVE.**

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Alan R. Solot
2701 E. Speedway Blvd Ste 203
Tucson, AZ  85716
*Attorneys for Debtors*

Edward H. Laber
Laber & Laber, PLC
33 N. Tucson Blvd
Tucson, AZ  85716-4737
*Attorneys for Debtors*

John C. Smith
Smith & Smith
6720 E. Camino Principal Ste 203
Tucson, AZ  85715
*Attorneys for Plaintiffs*

Herman C. Zickerman
West Longenbaugh Zickerman, PLLC
310 S. William Blvd Suite 250
Tucson, AZ  85711
*Attorneys for Plaintiffs*