FORM VAN–AD029
09/15/2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:19–bk–00735–SHG |
| JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS<br>*Debtor(s)* | Chapter: 13 |

| | |
|---|---|
| Catherine Green<br>et al.<br>*Plaintiff(s)* | Adversary No.: 4:19–ap–00165–SHG |
| *v.* | |
| JACK WILLIAMS<br>et al.<br>*Defendant(s)* | |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 206, Tucson, AZ before the Honorable Paul Sala on 9/26/19 at 09:00 AM, to consider and act upon the following matters:

SETTLEMENT CONFERENCE

**Date: July 31, 2019**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**