FORM VAN–AD029
09/15/2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:19–bk–00735–SHG |
| JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS | Chapter: 13 |
| *Debtor(s)* | |

| | |
|---|---|
| Catherine Green et al. | Adversary No.: 4:19–ap–00165–SHG |
| *Plaintiff(s)* | |
| *v.* | |
| JACK WILLIAMS et al. | |
| *Defendant(s)* | |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 206, Tucson, AZ before the Honorable Paul Sala on 9/26/19 at 09:00 AM, to consider and act upon the following matters:

SETTLEMENT CONFERENCE

**Date: July 31, 2019**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

# Notice Recipients

District/Off: 0970−4   User: mkelly   Date Created: 7/31/2019
Case: 4:19−ap−00165−SHG   Form ID: vana029p   Total: 5

**Recipients of Notice of Electronic Filing:**
aty   JOHN C SMITH   john@smithandsmithpllc.com

                                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   Catherine Green   c/o John C. Smith   Smith & Smith, PLLC   6720 E Camino Principal, 203   Tucson, AZ 85715
pla   Nathan G Cook   c/o John C. Smith   Smith & Smith, PLLC   6720 E Camino Principal, 203   Tucson, AZ 85715
dft   JACK WILLIAMS   3218 E. Pima Street   Tucson, AZ 85716
dft   CYNTHIA SUSAN WILLIAMS   3218 E. Pima Street   Tucson, AZ 85716

                                                                                          TOTAL: 4