**THIS ORDER IS APPROVED.**

**Dated: November 13, 2019**

_____
**Scott H. Gan, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS,<br><br>Debtors. | Chapter 13 Proceedings<br><br>Case No. 4:19-bk-00735-SHG |
| CATHERINE A. GREEN; NATHAN G. COOK, individually and as Co-Trustees for the Glenn Cook Revocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS,<br><br>Defendants. | Adversary No. 4:19-ap-00165-SHG<br><br>**STIPULATED JUDGMENT** |

This matter coming before the Court for the entry of a non-dischargeable judgment to which the parties stipulate, and good cause appearing,

It is hereby Ordered, Adjudged and Decreed that Judgment be entered in favor of the Plaintiffs and against the Debtors, jointly and severally, as a non-dischargeable Judgment in the amount of $800,000.00 together with interest at the rate of 4% annually from the date of judgment until satisfied.

**DATED AND SIGNED ABOVE**

Case 4:19-ap-00165-SHG    Doc 22    Filed 11/13/19    Entered 11/14/19 07:30:24    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| 1 | **APPROVED AS TO CONTENT AND FORM:** |
| 2 | |
| 3 | **GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC** |
| 4 | |
| 5 | By: */s/ John C. Smith* |
| |      John C. Smith |
| 6 |      *Attorneys for Plaintiffs* |
| 7 | |
| 8 | Alan R. Solot, Attorney at Law |
| 9 | |
| 10 | /s/ *Alan R. Solot*     SBN 006587 |
| | *Attorney for the Debtors* |