## SMITH & SMITH
**GERALD K. SMITH AND JOHN C. SMITH**
**LAW OFFICES, PLLC**
ATTORNEYS AT LAW

6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email:  john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will.sherman@gmx.com

*Attorneys for Creditors Catherine A. Green and Nathan G. Cook*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS,<br><br>Debtors. | Chapter 13 Proceedings<br><br>Case No. 4:19-bk-00735-SHG |
| CATHERINE A. GREEN and NATHAN G. COOK, individually and as Co-Trustees for the Glenn Cook Revocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS,<br><br>Defendants. | **Adv. Case No. 4:19-ap-00165-SHG**<br><br>**PLAINTIFFS' NOTICE OF DEFAULT BY DEBTOR/DEFENDANTS** |

Plaintiffs Catherine A. Green and Nathan G. Cook, through undersigned counsel, hereby give notice to the Court that the Debtor/Defendants Jack and Cynthia Susan Williams (collectively, "Williams"), are in default of the Settlement Agreement and General Release entered into on September 26, 2019.

On December 20, 2021, Plaintiffs provided written notice of the default to Williams' attorneys. Williams' attorneys advised that they are no longer representing them. Williams has failed to cure the default pursuant to the parties' Settlement Agreement.

Pursuant to the Settlement Agreement, Plaintiffs are recording the Stipulated Judgment entered on November 13, 2019 [DE 23], and Plaintiffs intend to pursue all remedies available to them to collect the amounts due and owing on the Stipulated Judgment.

DATED this 5th day of January 2022.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: */s/ John C. Smith*
    John C. Smith
    *Attorneys for Creditors Catherine A. Green, Nathan G. Cook and The Glenn Cook Revocable Trust*

### CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally e-mailed copies of the attached document to the following ECF registrants:

Diane C. Kerns, Trustee*
Office of Chapter 13 Bankruptcy
31 North 6th Avenue, #105-152
Tucson, AZ 85701
Email: dckerns@dcktrustee.com

Alan R. Solot*
2701 E. Speedway Blvd., Suite 203
Tucson, AZ 85716
Email: arsolot@gmail.com
*(former) Attorney for Debtors*

Edward H. Laber*
33 North Tucson Blvd.
Tucson, AZ 85716
Email: ehl@laberlaw.com
*(former) Special Counsel for Debtors*

Janet M. Spears*
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Email: ecfazb@aldridgepite.com
*Attorneys for Quicken Loans*

Herman C. Zickerman*
West Longenbaugh & Zickerman, P.L.L.C.
310 S. Williams Blvd., Suite 250
Tucson, AZ 85711
Email: gib@welzaz.com

*/s/ Kate Manns*
Kate Manns